# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Marvel, L Paige | United States Tax Court | 05/08/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Judge | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

UNITED STATES TAX COURT
400 SECOND STREET, N.W.
WASHINGTON, D.C. 20217

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Partnership #1 |
| 2. Trustee | LHH Revocable Trust |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marvel, L Paige** | 05/08/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | National Financial Services (Fidelity Investments) distribution |
| 2. 2019 | Fidelity IRA distribution |
| 3. 2019 | RBC IRA distribution |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA Tax Section | 10/03/19-10/06/19 | San Francisco. CA | Speak at and attend ABA Tax Section Fall Meeting | Registration, Meal and Reception Tickets (Travel, Lodging & remaining Food reimbursed by the Court) |
| 2. | California Tax Policy Conference | 11/06/18-11/09/19 | San Diego, CA | Speak at and attend Annual Tax Conference | Travel, Lodging, Food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Washington University in St. Louis | Tuition Payment Plan Loan | J |
| 2. | U.S. Dept. of Education | Student Loans | J |
| 3. | Washington University in St. Louis | Student Loans | J |
| 4. | Emory University | Student Loans | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marvel, L Paige** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. 33% pship. interest, Margaret's Landing Partnership | | None | K | W | | | | | |
| 2. USAA Subscribers Savings Account | B | Distribution | J | T | | | | | |
| 3. USAA Fed. Savings Bank Accts. #1 | A | Interest | J | T | | | | | |
| 4. USAA Fed. Savings Bank Accts. #2 | A | Interest | J | T | | | | | |
| 5. M&T Bank accts. #1 | | None | J | T | | | | | |
| 6. M&T Bank accts. #2 | A | Interest | K | T | | | | | |
| 7. RBC Brokerage Acct. (H): | | | | | | | | | |
| 8. -Shares, Adient PLC | | None | | | Closed | 07/05/19 | J | | |
| 9. -Shares, AT&T Inc. | A | Dividend | J | T | | | | | |
| 10. -Common, Bristol Myers Squibb Co. | A | Dividend | K | T | | | | | |
| 11. -Common, Centerpoint Energy Inc. | A | Dividend | | | Closed | 07/05/19 | J | | |
| 12. -Common, Exxon Mobil Corp | C | Dividend | L | T | | | | | |
| 13. -Common, Fresenius Med Care Aktiengesellschaft ADR | A | Dividend | K | T | | | | | |
| 14. -Shares, Johnson Controls Intl. PLC | A | Dividend | J | T | | | | | |
| 15. -Common, Medtronic PLC | A | Dividend | K | T | | | | | |
| 16. -Common, Nvent Electric PLC | A | Dividend | | | Closed | 07/05/19 | J | | |
| 17. -Shares, Pentair PLC | A | Dividend | | | Closed | 07/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -Common, Pfizer Inc. | A | Dividend | J | T | | | | | |
| 19.   -Shares, PNC Financial Services Group, Inc. | A | Dividend | K | T | | | | | |
| 20.   -Shares, TE Connectivity Ltd. | A | Dividend | K | T | | | | | |
| 21.   -Shares, UDR Inc. | B | Dividend | L | T | | | | | |
| 22.   -Shares, Verizon Communications | A | Dividend | J | T | | | | | |
| 23.   -Shares, U.S. Govt. Money Mkt. Fund RBC Reserve Class | A | Int./Div. | J | T | Redeemed (part) | 01/24/19 | J | | |
| 24. | | | | | Redeemed (part) | 04/23/19 | J | | |
| 25. | | | | | Redeemed (part) | 07/30/19 | J | | |
| 26. | | | | | Redeemed (part) | 09/27/19 | J | | |
| 27. | | | | | Redeemed (part) | 11/27/19 | J | | |
| 28. | | | | | Redeemed (part) | 12/20/19 | J | | |
| 29.   Fidelity Taxable Account (H) | | | | | | | | | |
| 30.   -T Rowe Price Growth Stock Fund | B | Distribution | M | T | | | | | |
| 31.   -T Rowe Price State Tax Free Inc. MD | A | Dividend | J | T | | | | | |
| 32.   -Fidelity Government Money Market Fund | A | Dividend | J | T | | | | | |
| 33.   Fidelity Brokerage Rollover IRA (H): | | | | | | | | | |
| 34.   -Fidelity 500 Index Premium Class (formerly Spartan) | B | Distribution | M | T | Sold (part) | 08/29/19 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Fidelity Strategic Real Return | A | Distribution | J | T | Sold (part) | 04/05/19 | J | | |
| 36. -Fidelity Contrafund | D | Distribution | M | T | | | | | |
| 37. -Fidelity Equity Income | D | Distribution | L | T | | | | | |
| 38. -Fidelity New Millenium | C | Distribution | K | T | | | | | |
| 39. -Fidelity Low Priced Stock | D | Distribution | M | T | | | | | |
| 40. -Fidelity Select Med Technology & Devices | A | Distribution | K | T | | | | | |
| 41. -Fidelity Select Biotechnology | D | Distribution | L | T | | | | | |
| 42. -Oakmark Select | A | Distribution | | | Sold | 05/31/19 | J | C | |
| 43. - T Rowe Price Comm & Technology Investor | A | Distribution | K | T | Buy | 11/18/19 | K | | |
| 44. -T Rowe Price Health Sciences | D | Distribution | L | T | | | | | |
| 45. -Primecap Odyssey Growth Fund | A | Distribution | K | T | | | | | |
| 46. -T Rowe Price Cap Appreciation | D | Distribution | M | T | | | | | |
| 47. -T Rowe Price Equity Income | B | Distribution | M | T | Sold (part) | 07/23/19 | J | A | |
| 48. | | | | | Sold (part) | 08/29/19 | J | B | |
| 49. -T Rowe Price Equity Index 500 Fund | B | Distribution | M | T | | | | | |
| 50. -T Rowe Price Intl Discovery Fund | D | Distribution | L | T | | | | | |
| 51. -T Rowe Price New Asia | C | Distribution | K | T | Sold (part) | 07/23/19 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | -T Rowe Price Emerging Markets Stock | A | Distribution | L | T | | | | | |
| 53. | -T Rowe Price New Horizons FD Inc | C | Distribution | K | T | | | | | |
| 54. | -T Rowe Price Small Cap Value Fund | C | Distribution | L | T | Sold (part) | 08/29/19 | J | C | |
| 55. | -T Rowe Price Mid Cap Value | B | Distribution | K | T | | | | | |
| 56. | -Wasatch Ultra Growth | A | Distribution | K | T | | | | | |
| 57. | -Wasatch International Growth | C | Distribution | K | T | | | | | |
| 58. | -Fidelity New Markets Income | B | Distribution | K | T | | | | | |
| 59. | -Fidelity GNMA Fund | A | Distribution | K | T | | | | | |
| 60. | -Fidelity Total Bond | B | Distribution | M | T | Buy (add'l) | 04/05/19 | J | | |
| 61. | | | | | | Buy (add'l) | 04/12/19 | J | | |
| 62. | -Fidelity Government Income | A | Distribution | | | Sold | 04/12/19 | J | | |
| 63. | -Loomis Sayles Bond Retail | B | Distribution | K | T | | | | | |
| 64. | -Pimco Real Return Class D | A | Distribution | | | Sold (part) | 11/27/19 | J | | |
| 65. | | | | | | Sold | 12/02/19 | J | | |
| 66. | -T Rowe Price High Yield Bond | B | Distribution | K | T | | | | | |
| 67. | -T Rowe Price Emerging Markets Bond Fund | B | Distribution | | | | | | | |
| 68. | -T Rowe Price US Treas Intermediate | A | Distribution | | | Sold | 04/05/19 | K | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marvel, L Paige** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   -Vanguard Inflation Protected Secs Inv | A | Dividend | K | T | | | | | |
| 70.   -First Trust Chindia ETF | A | Dividend | | | Sold | 07/23/19 | J | C | |
| 71.   -Invesco QQQ TR Unit SER 1 (formerly Powershares) | A | Dividend | J | T | | | | | |
| 72.   -Wisdomtree TR Emerging MKTS High | A | Dividend | J | T | | | | | |
| 73.   -Common, Anavex Life Sciences Corp | | None | | | Sold | 01/02/19 | J | | |
| 74.   -Shares, Berkshire Hathaway Inc. CL B | | None | L | T | | | | | |
| 75.   -Shares, Goldman Sachs Group Inc. | A | Dividend | | | Sold (part) | 05/31/19 | J | | |
| 76. | | | | | Sold | 11/18/19 | K | B | |
| 77.   -Common, Intrexon Corp. | | None | J | T | | | | | |
| 78.   -Fidelity Cash Reserves | B | Dividend | L | T | Redeemed (part) | 01/03/19 | K | | |
| 79. | | | | | Redeemed (part) | 02/20/19 | J | | |
| 80. | | | | | Redeemed (part) | 03/13/19 | J | | |
| 81. | | | | | Buy (add'l) | 04/08/19 | K | | |
| 82. | | | | | Redeemed (part) | 04/09/19 | K | | |
| 83. | | | | | Redeemed (part) | 04/25/19 | J | | |
| 84. | | | | | Redeemed (part) | 05/15/19 | J | | |
| 85. | | | | | Buy (add'l) | 06/03/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 06/04/19 | J | | |
| 87. | | | | | Redeemed (part) | 06/14/19 | J | | |
| 88. | | | | | Redeemed (part) | 07/15/19 | J | | |
| 89. | | | | | Buy (add'l) | 07/24/19 | J | | |
| 90. | | | | | Buy (add'l) | 07/25/19 | J | | |
| 91. | | | | | Redeemed (part) | 08/15/19 | K | | |
| 92. | | | | | Buy (add'l) | 08/30/19 | K | | |
| 93. | | | | | Redeemed (part) | 09/06/19 | J | | |
| 94. | | | | | Buy (add'l) | 09/10/19 | J | | |
| 95. | | | | | Redeemed (part) | 09/13/19 | J | | |
| 96. | | | | | Redeemed (part) | 10/16/19 | J | | |
| 97. | | | | | Buy | 11/12/19 | J | | |
| 98. | | | | | Redeemed (part) | 11/15/19 | J | | |
| 99. | | | | | Redeemed (part) | 11/19/19 | K | | |
| 100. | | | | | Buy (add'l) | 11/20/19 | K | | |
| 101. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 102. | | | | | Redeemed (part) | 12/11/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Fidelity Traditional IRA Acct. (H): | | | | | | | | | |
| 104. -Common, Apple Inc. | A | Dividend | J | T | Buy | 01/07/19 | J | | |
| 105. -Common, Berkshire Hathaway | | None | M | T | | | | | |
| 106. -Shares, Seaspan Corporation | A | Dividend | J | T | | | | | |
| 107. -Common, Intrexon Corp. | | None | | | Sold | 01/07/19 | J | | |
| 108. -ETFMG Alternative Harvest ETF | A | Dividend | | | Sold | 01/07/19 | J | | |
| 109. -IShares Tr Nasdaq Biotech Index Fund | A | Dividend | J | T | | | | | |
| 110. -Invesco QQQ Trust Unit Ser.1 (formerly Powershares) | A | Dividend | J | T | | | | | |
| 111. -Teton Westwood Mighty Mites FD | | None | | | Sold | 04/11/19 | K | D | |
| 112. -Vanguard Index FDS Vanguard Small Cap | A | Dividend | K | T | Buy | 04/24/19 | K | | |
| 113. -Fidelity Cash Reserves | A | Dividend | J | T | Buy (add'l) | 04/11/19 | K | | |
| 114. | | | | | Redeemed (part) | 04/26/19 | K | | |
| 115. | | | | | Redeemed (part) | 06/03/19 | J | | |
| 116. | | | | | Redeemed (part) | 06/28/19 | J | | |
| 117. | | | | | Redeemed (part) | 08/06/19 | J | | |
| 118. Vanguard Brokerage Acct. (H) (opened 07/05/19) | | | | | | | | | |
| 119. -Shares, Adient PLC | | None | J | T | Open | 07/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marvel, L Paige** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.   -Shares, Centerpoint Energy Inc. | A | Dividend | J | T | Open | 07/05/19 | J | | |
| 121.   -Luminex Corp (X) | A | Dividend | | | Open | 07/05/19 | J | | |
| 122. | | | | | Sold | 11/07/19 | J | | |
| 123.   -Sharesm Nvent Electric PLC | A | Dividend | J | T | Open | 07/05/19 | J | | |
| 124.   -Shares, Pentair PLC | A | Dividend | J | T | Open | 07/05/19 | J | | |
| 125.   -Vanguard Federal Money Market Fund | A | Dividend | J | T | Open | 07/05/19 | J | | |
| 126.   Vanguard Rollover IRA (H): | | | | | | | | | |
| 127.   -Shares, Convertible Securities | | None | | | Sold<br>(part) | 02/26/19 | J | B | |
| 128. | | | | | Sold | 03/06/19 | J | B | |
| 129.   -Shares, Dividend Growth Fund | D | Distribution | M | T | Buy<br>(add'l) | 06/14/19 | J | | |
| 130. | | | | | Buy<br>(add'l) | 12/17/19 | J | | |
| 131.   -Shares, Wellesley Income Fund | C | Distribution | L | T | Buy<br>(add'l) | 02/26/19 | J | | |
| 132. | | | | | Buy<br>(add'l) | 12/17/19 | J | | |
| 133.   -Shares, Vanguard Information Technology<br>ETF | A | Dividend | K | T | Buy<br>(add'l) | 03/13/19 | J | | |
| 134.   -Vanguard Federal Money Market Fund | A | Dividend | J | T | Buy<br>(add'l) | 03/07/19 | J | | |
| 135. | | | | | Sold<br>(part) | 03/15/19 | J | | |
| 136.   Fidelity Joint Brokerage Acct. (transf. from<br>RBC)(H): | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  -Common, Apple, Inc. | A | Dividend | L | T | Buy<br>(add'l) | 01/03/19 | J | | |
| 138.  -Common, Walt Disney Co. | A | Dividend | K | T | | | | | |
| 139.  - Fidelity Govt. Money Market | A | Dividend | J | T | | | | | |
| 140.  Fidelity Investment Acct. (formerly USAA)<br>(H): | | | | | | | | | |
| 141.  -Fidelity Blue Chip Growth | A | Distribution | K | T | Buy | 12/17/19 | K | | |
| 142.  -Fidelity OTC Port | A | Distribution | J | T | Buy<br>(add'l) | 12/17/19 | K | | |
| 143.  -Fidelity Select Software & IT SRVC | A | Distribution | J | T | | | | | |
| 144.  -Fidelity MMKT Premium Class | D | Dividend | N | T | Buy<br>(add'l) | 01/02/19 | K | | |
| 145. | | | | | Sold<br>(part) | 12/17/19 | L | | |
| 146.  -Fidelity Core Acct. | A | Int./Div. | K | T | Redeemed<br>(part) | 01/02/19 | K | | |
| 147. | | | | | Redeemed<br>(part) | 12/16/19 | J | | |
| 148. | | | | | Redeemed<br>(part) | 12/26/19 | J | | |
| 149.  Fidelity Rollover IRA (H): | | | | | | | | | |
| 150.  -Fidelity New Millennium | A | Distribution | | | Sold | 06/20/19 | J | A | |
| 151.  -Fidelity Puritan | B | Distribution | L | T | | | | | |
| 152.  -Fidelity OTC Port | D | Distribution | M | T | Buy<br>(add'l) | 12/17/19 | K | | |
| 153.  -Fidelity Select Health Care | B | Distribution | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154.  -Fidelity Select Med Technology & Devices | B | Distribution | K | T | Buy (add'l) | 12/17/19 | J | | |
| 155.  -T Rowe Price Blue Chip Growth Inc | C | Dividend | L | T | Buy (add'l) | 12/18/19 | K | | |
| 156.  -T Rowe Price Dividend Growth | B | Dividend | M | T | Buy (add'l) | 06/21/19 | J | | |
| 157. | | | | | Buy (add'l) | 06/25/19 | K | | |
| 158.  -Fidelity New Markets Income | A | Dividend | | | Sold | 06/21/19 | J | A | |
| 159.  -Fidelity Capital & Income | B | Distribution | L | T | | | | | |
| 160.  -Fidelity Total Bond | B | Dividend | L | T | Sold (part) | 06/24/19 | K | A | |
| 161.  -Guggenheim Investment Grade Bond CL P | B | Dividend | L | T | Buy (add'l) | 06/25/19 | K | | |
| 162.  -T Rowe Price Global MultiSector Bond Fund | B | Dividend | L | T | Buy (add'l) | 06/24/19 | K | | |
| 163.  -Thompson Bond Fund | B | Dividend | K | T | | | | | |
| 164.  -Vanguard High Yield Corp Investor CL | B | Dividend | K | T | | | | | |
| 165.  -Vanguard Short Term Investment Grade Investor CL | A | Dividend | K | T | | | | | |
| 166.  -Fidelity MMKT Premium Class | E | Dividend | N | T | Sold (part) | 06/21/19 | K | | |
| 167. | | | | | Sold (part) | 06/21/19 | K | | |
| 168. | | | | | Sold (part) | 12/17/19 | K | | |
| 169. | | | | | Sold (part) | 12/17/19 | J | | |
| 170. | | | | | Sold (part) | 12/17/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marvel, L Paige** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. -Vanguard Sector Index FDS Health Care Vipers | A | Dividend | J | T | | | | | |
| 172. -Vanguard Sector Index FDS IndustrialVipers | A | Dividend | J | T | | | | | |
| 173. -Vanguard Sector Index FDS Info Technology Vipers | A | Dividend | J | T | | | | | |
| 174. -Vanguard World FDS Vanguard Information Technology ETF | A | Dividend | J | T | | | | | |
| 175. -Core Account (FDIC Insured Bank Accts.) | A | Interest | J | T | Redeemed (part) | 01/02/19 | M | | |
| 176. | | | | | Buy (add'l) | 06/21/19 | L | | |
| 177. | | | | | Buy (add'l) | 06/24/19 | J | | |
| 178. | | | | | Redeemed (part) | 06/25/19 | K | | |
| 179. | | | | | Redeemed (part) | 06/27/19 | K | | |
| 180. | | | | | Buy (add'l) | 12/17/19 | K | | |
| 181. | | | | | Redeemed (part) | 12/19/19 | K | | |
| 182. Vanguard Investment Acct. (H): | | | | | | | | | |
| 183. -Shares, Balanced Index Fund | A | Distribution | K | T | | | | | |
| 184. -Shares, 500 Index Admiral CL | A | Dividend | J | T | Buy | 06/06/19 | J | | |
| 185. | | | | | Buy (add'l) | 06/24/19 | J | | |
| 186. -Shares, Prime Money Mkt. Fund | A | Dividend | J | T | | | | | |
| 187. -Shares, Small-Cap Value Fund | A | Dividend | | | Sold (part) | 06/06/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Sold | 06/24/19 | J | B | |
| 189.  -Shares, Wellington Investor CL | A | Distribution | J | T | | | | | |
| 190.  -Shares, IShares Technology ETF | A | Dividend | J | T | | | | | |
| 191.  529 Acct. - Vanguard (Child 1): Income Fund | A | Dividend | J | T | | | | | |
| 192.  LHH Revocable Trust (H): | | | | | | | | | |
| 193.  -M&T Money Market Acct. | A | Interest | | | Distributed | 01/30/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marvel, L Paige** | 05/08/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

2019 Report, part VII: For certain investments paying both capital gains distributions and dividends, the income has been aggregated and shown as distributions to simplify reporting.

2019 Report, part VII, lines 8,11, 16,17, 118-125: The investments listed at lines 8, 11, 16, and 17, together with the Luminex shares (the value of which was too small to be listed under the RBC account in prior reports) were transferred from the RBC account to a newly opened Vanguard brokerage account (lines 118-125) on July 7, 2019.

2019 Report, part VII, line 193: Due to the Maryland Stay At Home order, I cannot go to my office to access the records that would provide the exact date of the final distribution. The date shown on line 193 is my best guess of approximately when the final distribution occurred.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ L Paige Marvel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544